ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

LARRY L. WATSON (CA BAR NO. 193531)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2607
FAX: (602) 514-7270

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>COMMUNITY HEALTHCARE OF DOUGLAS, INC.,<br><br>      Debtor. | Chapter 7<br><br>Case No. 4:13-bk-01738-BMW<br><br>**AMENDED STATEMENT OF UNITED STATES TRUSTEE REGARDING CHAPTER 7 TRUSTEE'S FINAL REPORT** |

  The United States Trustee for the District of Arizona (the "**U.S. Trustee**") hereby responds to Lowell D. Rothschild's, the Chapter 7 Trustee for this case ("**Trustee**"), submission and notice of filing his *Trustee's Final Report* ("**TFR**") and corresponding *Notice of Errata to Trustee's Final Report* at the Court's docket entry numbers **457** and **462** respectively.

  The U.S. Trustee is in the process of completing her review of the TFR and providing her certification. This process is usually completed prior to the filing of the TFR with the Court. However, some confusion arose during the submission of the TFR to the U.S. Trustee's office.

1

To avoid any delay, or create confusion as to the objection deadline for creditors, and to ensure that the Court can timely enter an Order approving the TFR, the U.S. Trustee and the Trustee have agreed that the U.S. Trustee has through **November 17, 2017**, to provide the certification of her review to the Court or file any objection thereto.

*Respectfully submitted* this 1st day of November, 2017.

        **UNITED STATES TRUSTEE**
        District of Arizona
        Ilene J. Lashinsky, Esq.

        /s/ Larry L. Watson
        Larry L. Watson
        Trial Attorney