# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| COMMUNITY HEALTHCARE OF DOUGLAS, INC., | No. 4:13-bk-01738-BMW |
| Debtor. | |

**GAYLE ESKAY MILLS, SUCCESSOR CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Gayle Eskay Mills, successor chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1. All funds on hand have been distributed in accordance with the original Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the original trustee's control in this case have been properly accounted for as provided by law. Successor trustee hereby requests to be discharged from further duties as a trustee.

2. A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $386,827.68 | | |

3) Total gross receipts of $386,827.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $386,827.68 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,888,177.00 | NA | NA | $0.00 |

1

| | | | | |
|---|---|---|---|---|
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN FEES AND CHARGES (from **Exhibit 4**) | NA | $277,109.80 | $272,234.80 | $268,474.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $317,432.47 | $236,799.16 | $118,352.75 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | $307,386.16 | $307,386.16 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $977,538.06 | $1,685,263.00 | $1,679,604.57 | $0.00 |
| **TOTAL DISBURSEMENTS** | $977,538.06 | $2,587,191.43 | $2,496,024.69 | $386,827.68 |

4)      This case was originally filed under chapter 11 on 02/08/2013 and it was converted to chapter 7 on 06/21/2014. The case was pending for 68 months.

5)      All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)      An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: September 13, 2018                     */s/  Gayle Eskay Mills*
                                             GAYLE ESKAY MILLS, Successor Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

24F9325.DOCX

2

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $AMOUNT RECEIVED |
|---|---|---|
| Funds turned over in converted case | 1229-01x | $ 50,000.00 |
| Interest | 1270-00x | 1,123.68 |
| Sale of Real Property | 1110-00x | 335,620.00 |
| Rents | 1122-00x | 84.00 |
| TOTAL GROSS RECEIPTS | | $386,827.68 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $AMOUNT PAID |
|---|---|---|---|
| NA | | | $0.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $0.00 |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM FORM 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sierra Vista Regional Health Center | 4210-00x | $1,888,177.00 | N/A | N/A | $0.00 |
| TOTAL SECURED | | | $1,888,177.00 | 0.00 | 0.00 | 0.00 |

3

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees | 2100-00x | NA | $22,584.31 | $22,584.31 | $ 22,584.31 |
| People's Choice Super Priority Claim | 2990-80x | NA | 137,000.00 | 137,000.00 | 137,000.00 |
| Attorney for Trustee, Fees | 3110-00x | NA | 79,218.86 | 79,218.86 | 79,218.86 |
| Auctioneer Fees | 3630-00x | NA | 3,789.50 | 3,789.50 | 3,789.50 |
| Auctioneer Expenses | 3640-00x | NA | 1,238.16 | 1,238.16 | 1,238.16 |
| Commissions | 3510-00x | NA | 3,420.00 | 3,420.00 | 3,420.00 |
| Appraisal of Dialysis Clinic | 3711-00x | NA | 4,250.00 | 4,250.00 | 4,250.00 |
| Costs re: Sale of Property | 2500-00x | NA | 1,226.50 | 1,226.50 | 1,226.50 |
| Post-Ptt Real Estate Taxes | 2820-00x | NA | 4,695.81 | 4,695.81 | 4,695.81 |
| Insurance on Properties | 2420-00x | NA | 6,119.75 | 6,119.75 | 6,119.75 |
| Refund of Premium | 2420-00x | NA | -830.75 | -830.75 | -830.75 |
| Bank Fees | 2600-00x | NA | 67.91 | 67.91 | 67.91 |
| Trustee Bond | 2300-00x | NA | 3,434.00 | 3,434.00 | 3,434.00 |
| Refund from Bond Co | 2300-00x | NA | -328.00 | -328.00 | -328.00 |
| Fees, United States Trustee | 2950-00x | NA | 10,075.00 | 5,200.00 | 2,588.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | **$275,961.05** | **$271,086.05** | **$268,474.93** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for PC Ombudsman Fees | 6700-00x | $0.00 | $7,838.50 | $7,838.50 | $3,902.49 |
| Attorney for PC Ombudsman Expenses | 6710-00x | $0.00 | $127.74 | $127.74 | $63.60 |
| Patient Care Ombudsman | 6700-00x | $0.00 | $2,274.50 | $2,274.50 | $1,132.39 |
| Additional Dividend to Patient Care Ombudsman per Order dated 8/15/18 (Dkt 483) | 6700-00x | $0.00 | $0.00 | $0.00 | $459.48 |
| Patient Care Ombudsman Consultant | 6700-00x | $0.00 | $6,318.50 | $6,318.50 | $3,145.74 |
| Cardinal Health Pharmacy Services | 6990-00x | $0.00 | $24,723.88 | $24,723.88 | $12,309.08 |
| Alfonso Munoz | 6990-00x | $2,014.13 | $2,074.25 | $2,074.25 | $1,032.69 |
| Ann Benson | 6990-00x | $19,090.88 | $2,109.12 | $2,109.12 | $1,050.05 |
| Brenda Lopez | 6990-00x | $3,580.27 | $582.07 | $582.07 | $289.79 |
| Celia Rascon | 6990-00x | $4,128.81 | $2,973.22 | $2,973.22 | $1,480.25 |
| Claudia Canez | 6990-00x | $3,223.78 | $4,645.34 | $4,645.34 | $2,312.74 |
| Concepcion Valenzuela | 6990-00x | $1,090.00 | $1,626.06 | $1,626.06 | $809.55 |
| Diana Verdugo | 6990-00x | $963.00 | $3,044.65 | $3,044.65 | $1,515.82 |
| Dominque Lopez | 6990-00x | $521.35 | $297.75 | $297.75 | $148.24 |

4

| Claimant | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Elizabeth Mitchell | 6990-00x | $2,278.72 | $7,280.32 | $7,280.32 | $3,624.59 |
| Erika Ochoa | 6990-00x | $11,340.00 | $10,603.60 | $10,603.60 | $5,279.13 |
| Fausto Rios | 6990-00x | $10,518.36 | $10,363.19 | $10,363.19 | $5,159.44 |
| Gabriela Hernandes | 6990-00x | $965.74 | $1,648.30 | $1,648.30 | $820.63 |
| George Gomez | 6990-00x | $8,971.56 | $5,834.33 | $5,834.33 | $2,904.69 |
| Hazel Bliss | 6990-00x | $5,392.01 | $1,004.41 | $1,004.41 | $500.06 |
| Lorenia Martinez | 6990-00x | $304.45 | $762.82 | $762.82 | $379.78 |
| Lorraine Ballesteros | 6990-00x | $724.42 | $579.71 | $579.71 | $288.62 |
| Maria Alvarez | 6990-00x | $3,061.84 | $1,244.61 | $1,244.61 | $619.64 |
| Maria Felix | 6990-00x | $3,505.05 | $3,071.14 | $3,071.14 | $1,529.00 |
| Maria Moreno | 6990-00x | $10,633.53 | $3,600.03 | $3,600.03 | $1,792.32 |
| Maria Olivas | 6990-00x | $87.67 | $628.79 | $628.79 | $313.05 |
| Maria Villalobos | 6990-00x | $1,342.83 | $1,974.36 | $1,974.36 | $982.96 |
| Michael Granados | 6990-00x | $2,118.66 | $1,860.86 | $1,860.86 | $926.45 |
| Monica Orosco | 6990-00x | - | $488.00 | $488.00 | $242.96 |
| Nubia Glendenning | 6990-00x | $2,944.66 | $2,194.52 | $2,194.52 | $1,092.57 |
| Randy Anderson | 6990-00x | $2,033.68 | $3,775.64 | $3,775.64 | $1,879.75 |
| Roberta Behena de Munoz | 6990-00x | $1,670.80 | $460.11 | $460.11 | $229.07 |
| Roberta Berry | 6990-00x | $386.70 | $7,374.30 | $7,374.30 | $3,671.38 |
| Sergio Marcial | 6990-00x | $4,149.55 | $1,951.61 | $1,951.61 | $971.61 |
| Socorro Rascon | 6990-00x | $872.68 | $1,403.18 | $1,403.18 | $698.59 |
| Steve Valenzuela | 6990-00x | $1,006.09 | $7,493.77 | $7,493.77 | $3,730.86 |
| Sylvia Granados | 6990-00x | $581.50 | $2,148.00 | $2,148.00 | $1,069.41 |
| Sylvia Valdez | 6990-00x | $5,566.28 | $4,736.00 | $4,736.00 | $2,357.87 |
| Veronica Santiago | 6990-00x | $5,267.25 | $2,797.75 | $2,797.75 | $1,392.89 |
| Yolanda Paz | 6990-00x | $761.81 | $878.13 | $878.13 | $437.19 |
| Celtic Financial | 6990-00x | - | $148,805.31 | $68,172.00 | $33,940.24 |
| Xerox Corp. | 6990-00x | $83,966.41 | $15,262.56 | $15,262.56 | $7,598.65 |
| Abbott Laboratories Inc | 6990-00x | - | $8,571.54 | $8,571.54 | $4,267.44 |
| **TOTAL** | | **$205,064.47** | **$317,432.47** | **$236,799.16** | **$118,352.75** |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| Claim No. | Claimant | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| 65 | Alfonso Munoz | 5330-00x | NA | $2,074.25 | $2,074.25 | $0.00 |
| 54 | Ann Benson | 5330-00x | NA | $2,109.12 | $2,109.12 | $0.00 |
| 90 | Brenda Lopez | 5330-00x | NA | $582.07 | $582.07 | $0.00 |
| 80 | Celia Rascon | 5330-00x | NA | $2,973.22 | $2,973.22 | $0.00 |
| 78 | Claudia Canez | 5330-00x | NA | $4,645.34 | $4,645.34 | $0.00 |
| 79 | Concepcion Valenzuela | 5330-00x | NA | $1,626.06 | $1,626.06 | $0.00 |
| 48 | Diana Verdugo | 5330-00x | NA | $3,044.65 | $3,044.65 | $0.00 |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | Dominque Lopez | 5330-00x | NA | $297.75 | $297.75 | $0.00 |
| 97 | Elizabeth Mitchell | 5330-00x | NA | $7,280.32 | $7,280.32 | $0.00 |
| 47 | Erika Ochoa | 5330-00x | NA | $10,603.60 | $10,603.60 | $0.00 |
| 75 | Fausto Rios | 5330-00x | NA | $10,363.19 | $10,363.19 | $0.00 |
| 73 | Gabriela Hernandes | 5330-00x | NA | $1,648.30 | $1,648.30 | $0.00 |
| 93 | George Gomez | 5330-00x | NA | $5,834.33 | $5,834.33 | $0.00 |
| 60 | Hazel Bliss | 5330-00x | NA | $1,004.41 | $1,004.41 | $0.00 |
| 86 | Lorenia Martinez | 5330-00x | NA | $762.82 | $762.82 | $0.00 |
| 51 | Lorraine Ballesteros | 5330-00x | NA | $579.71 | $579.71 | $0.00 |
| 74 | Maria Alvarez | 5330-00x | NA | $1,244.61 | $1,244.61 | $0.00 |
| 83 | Maria Felix | 5330-00x | NA | $3,071.14 | $3,071.14 | $0.00 |
| 96 | Maria Moreno | 5330-00x | NA | $3,600.03 | $3,600.03 | $0.00 |
| 91 | Maria Olivas | 5330-00x | NA | $628.79 | $628.79 | $0.00 |
| 72 | Maria Villalobos | 5330-00x | NA | $1,974.36 | $1,974.36 | $0.00 |
| 94 | Michael Granados | 5330-00x | NA | $1,860.86 | $1,860.86 | $0.00 |
| 92 | Monica Orosco | 5330-00x | NA | $488.00 | $488.00 | $0.00 |
| 49 | Nubia Glendenning | 5330-00x | NA | $2,194.52 | $2,194.52 | $0.00 |
| 82 | Randy Anderson | 5330-00x | NA | $3,775.64 | $3,775.64 | $0.00 |
| 70 | Roberta Behena de Munoz | 5330-00x | NA | $460.11 | $460.11 | $0.00 |
| 66 | Roberta Berry | 5330-00x | NA | $7,374.30 | $7,374.30 | $0.00 |
| 69 | Socorro Rascon | 5330-00x | NA | $1,403.18 | $1,403.18 | $0.00 |
| 81 | Steve Valenzuela | 5330-00x | NA | $7,493.77 | $7,493.77 | $0.00 |
| 87 | Sylvia Granados | 5330-00x | NA | $2,148.00 | $2,148.00 | $0.00 |
| 71 | Sylvia Valdez | 5330-00x | NA | $4,736.00 | $4,736.00 | $0.00 |
| 85 | Veronica Santiago | 5330-00x | NA | $2,797.75 | $2,797.75 | $0.00 |
| 77 | Yolanda Paz | 5330-00x | NA | $878.13 | $878.13 | $0.00 |
| DE 454 | Celtic Financial | 6910-00x | NA | $148,805.31 | $148,805.31 | $0.00 |
| 46 | U.S. Trustee | 2950-00x | NA | $10,075.00 | $10,075.00 | $0.00 |

6

| | | | | | |
|---|---|---|---|---|---|
| 42 | Xerox Corp. | 6910-00x | NA | 0.00 | 0.00 | $0.00 |
| 43 | AZ DES | 5800-00x | NA | $36,990.98 | $36,990.98 | $0.00 |
| 6 | American Red Cross | 7100-00x | NA | $1,385.00 | $1,385.00 | $0.00 |
| 55 | Abbott Laboratories | 7100-00x | NA | $8,571.54 | $8,571.54 | $0.00 |
| **Totals** | | | NA | $307,386.16 | $307,386.16 | $0.00 |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21 | Abbott Laboratories | 7100-00x | $56,418.68 | $57,207.55 | $57,207.55 | $0.00 |
| 22 | Alcon Laboratories | 7100-00x | $10,299.16 | $10,299.16 | $10,299.16 | $0.00 |
| 7 | American Red Cross | 7100-00x | $16,654.00 | $8,344.00 | $8,344.00 | $0.00 |
| 33 | Arizona Correctional Ind | 7100-00x | $10,657.99 | $11,923.39 | $11,923.39 | $0.00 |
| 38 | Baxter Healthcare | 7100-00x | $1,107.34 | $994.66 | $994.66 | $0.00 |
| 95 | Beckman Coulter | 7100-00x | $130,377.97 | $147,933.52 | $147,933.52 | $0.00 |
| 53 | Bio-Rad Laboratories, Inc. | 7100-00x | $1,556.14 | $1,556.14 | $1,556.14 | $0.00 |
| 27 DE443 | Cardinal Health 200 | 7100-00x | $27,918.39 | $35,534.73 | $34,203.02 | $0.00 |
| 23 | Cardinal Health 411 | 7100-00x | NA | $64.75 | $64.75 | $0.00 |
| 24 | Cardinal Health Pharmacy Services | 7100-00x | $9,094.80 | $16,035.07 | $16,035.07 | $0.00 |
| 14 | CDW | 7100-00x | $2,427.75 | $2,409.48 | $2,409.48 | $0.00 |
| 10 | Central Alarm, Inc. | 7100-00x | $125.00 | $165.00 | $165.00 | $0.00 |
| 25 | Cochise Health Network | 7100-00x | $400.00 | $400.00 | $400.00 | $0.00 |
| 58 | Colortrieve Systems | 7100-00x | NA | $211.09 | $211.09 | $0.00 |
| 35 | Comp Ray, Inc. | 7100-00x | $3,029.60 | $2,705.00 | $2,705.00 | $0.00 |
| 18 | Emcare Physician Services, Inc. | 7100-00x | $150,685.25 | $328,112.25 | $328,112.25 | $0.00 |
| 17 | Empire Southwest | 7100-00x | $2,269.79 | $2,529.41 | $2,529.41 | $0.00 |
| 62 | Fasthealth Corporation | 7100-00x | $9,035.00 | $15,488.64 | $15,488.64 | $0.00 |

7

| | | | | | |
|---|---|---|---|---|---|
| 13 | Fischer Scientific | 7100-00x | $34,717.94 | $35,087.14 | $35,087.14 | $0.00 |
| 34 | Kutak Rock LLP | 7100-00x | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 |
| 15 | Laboratory Corp Of America | 7100-00x | $2,843.64 | $2,969.64 | $2,969.64 | $0.00 |
| 45 | Maine Standard's Company | 7100-00x | $3,991.07 | $3,991.07 | $3,991.07 | $0.00 |
| 8 | McCook Boiler & Pump Company | 7100-00x | $1,527.00 | $1,527.00 | $1,527.00 | $0.00 |
| 50 | Medical Diagnostic Imaging Group, Ltd | 7100-00x | $175,803.32 | $192,767.22 | $192,767.22 | $0.00 |
| 28 | Nextgen Healthcare Information Systems | 7100-00x | $55,126.00 | $209,762.97 | $209,762.97 | $0.00 |
| 16 | Office Smart | 7100-00x | $5,019.23 | $5,369.13 | $5,369.13 | $0.00 |
| 20 | Olympus America | 7100-00x | $11,904.75 | $13,844.20 | $13,844.20 | $0.00 |
| 40 | Olympus America | 7100-00x | $1,939.45 | $3,559.13 | $3,559.13 | $0.00 |
| 63 | PC Healthcare Enterprises, Inc. | 7100-00x | NA | $29,985.12 | $29,985.12 | $0.00 |
| 36 | Pitney Bowes Global Fin. Svcs | 7100-00x | $2,102.00 | $1,435.72 | $1,435.72 | $0.00 |
| 3 | Pitney Bowes Inc. | 7100-00x | NA | $969.27 | $969.27 | $0.00 |
| 89 | Quality Systems dba NextGen Healthcare | 7100-00x | $152,590.85 | $190,911.96 | $190,911.96 | $0.00 |
| 32 | Quorum Health Resources | 7100-00x | NA | $164,044.00 | $164,044.00 | $0.00 |
| 2 | Regier Carr & Monroe | 7100-00x | $16,154.16 | $16,154.16 | $16,154.16 | $0.00 |
| 12 | Simplexgrinnell | 7100-00x | $5,886.37 | $5,023.37 | $5,023.37 | $0.00 |
| 39 | Standard Register | 7100-00x | $400.11 | $400.11 | $400.11 | $0.00 |
| 19 | Strategic Reimbursement, Inc. | 7100-00x | NA | $20,317.59 | $20,317.59 | $0.00 |
| 61 | Strategic Reimbursement, Inc. | 7100-00x | $19,595.00 | $19,595.00 | $19,595.00 | $0.00 |
| 4 | Sysco Arizona, Inc. | 7100-00x | $9,442.86 | $9,442.86 | $9,442.86 | $0.00 |

Case 4:13-bk-01738-BMW    Doc 484    Filed 09/21/18    Entered 09/21/18 07:47:40    Desc
Page 8 of 19

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | Technical Building Services Inc | 7100-00x | NA | $2,340.00 | $2,340.00 | $0.00 |
| 30 | The Ind Devt Authority Of The City Of Douglas | 7100-00x | $4,000.00 | $40,715.00 | $40,715.00 | $0.00 |
| 1 | Unisyn Medical Technologies, Inc. | 7100-00x | $14,998.00 | $16,998.00 | $16,998.00 | $0.00 |
| 44 | United Parcel Service | 7100-00x | $35.02 | $42.50 | $42.50 | $0.00 |
| 29 | United Pathology | 7100-00x | $12,000.00 | $13,000.00 | $13,000.00 | $0.00 |
| 5 | Universal Background Screening | 7100-00x | $260.00 | $335.00 | $335.00 | $0.00 |
| 31 | US Bank Equipment | 7100-00x | NA | $31,886.52 | $31,886.52 | $0.00 |
| 56 | Waste Management | 7100-00x | $5,840.00 | $4,326.72 | $0.00 | $0.00 |
| 42 | Xerox Corp. | 7100-00x | Unknown | Unknown | Unknown | $0.00 |
| 37 | Xerox Corporation | 7100-00x | $8,304.43 | $5,548.76 | $5,548.76 | $0.00 |
| **Totals** | | | $977,538.06 | $1,685,263.00 | $1,679,604.57 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Case No.: 4:13-bk-01738-BMW                                          Trustee Name: Lowell E. Rothschild
Case Name: Community Healthcare of Douglas                           Successor Trustee: Gayle Eskay Mills
                                                                     Date Filed (f) or Converted (c): 6/21/2014 c
                                                                     § 341 (a) Meeting Date: 8/21/14
For Period Ending: 08/31/2018                                        Claims Bar Date: 11/19/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA= § 554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 7.110 acres of vacant land (Parcel 408-21-002L) | 34,328 | 34,328.00 | | 7,925.00 | (FA) |
| 2 | 4.878 acres of vacant land (Parcel 408-21-007C) | 43,363 | 43,363.00 | | See 1 above | (FA) |
| 3 | Draw Stn, 1932 11th St. (Parcel 409-18-064B9) | 90,561 | 75,000.00 | | 30,695.00 | (FA) |
| 4 | Parking, 1932 11th St. (Parcel 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C8) | 5,000 | See 3 above | | See 3 above | (FA) |
| 5 | 1 acre of vacant land (Parcel 410-24-034) | 18,000 | See 6 below | | See 6 below | (FA) |
| 6 | 2130 15th Street (Parcel 410-24-154A) | 97,402 | 48,900.00 | | 57,000.00 | (FA) |
| 7 | 99 W. 16th Street, Dialysis Clinic (Parcel 408-25-002E-9) | Unknown | 289,703.00 | | 240,000.00 | (FA) |
| 8 | Checking Acct at Alliance Bank | 49,687.14 | 49,687.14 | | 50,000.00 | (FA) |
| 9 | Interest Earned (u) | 1,123.68 | 400.00 | | 1,123.68 | (FA) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Potential causes of action for recovery of estate property | Unknown | 0 | | 0 | (FA) |
| 11 | Rent receivable from Dialysis Clinic (Asset 7 above) | Unknown | 84.00 | | 84.00 | (FA) |
| | | | | | | |
| Totals (excluding unknown values): | | 339,323.34 | 541,465.14 | | 386,827.68 | 0.00 |

Major Activities Affecting Case Closing:  Analyzing claims for proposed distributions and Trustee's Final Report

Initial Projected Date of Final Report (TFR): December 1, 2015          Current Projected Date of Final Report (TFR): March 31, 2018

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 4:13-bk-01738-BMW
Case Name: Community Healthcare of Douglas, Inc.
Taxpayer ID #: 86-0983474
For Period Ending: 08/31/2018

Trustee Name: Lowell E. Rothschild
Successor Trustee: Gayle Eskay Mills
Bank Name: Alliance Bank
Account #: XXXXXX8234
Blanket Bond (per case limit): n/a
Separate Bond (if applicable): n/a

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 4/18/14 | Asset 8 | Debtor/Estate | Funds Turned Over in Converted Case (Asset 8) | 1129-01x | $50,000.00 | | 50,000.00 |
| 4/18/14 | 1011 | International Sureties | Trustee Bond | 2300-00x | | 313.00 | 49,687.00 |
| 4/30/14 | Asset 9 | Bank | Interest | 1270-00x | 4.81 | | 49,691.81 |
| 4/30/14 | Electronic | Harland Clarke | Check Cost | 2990-00x | | 15.11 | 49,676.70 |
| 5/30/14 | Asset 9 | Bank | Interest | 1270-00x | 11.04 | | 49,687.74 |
| 6/30/14 | Asset 9 | Bank | Interest | 1270-00x | 11.39 | | 49,699.13 |
| 7/31/14 | Asset 9 | Bank | Interest | 1270-00x | 11.40 | | 49,710.53 |
| 8/28/14 | 1001 | Mahoney Group | Insurance on 7 real properties | 2420-00x | | 2,004.14 | 47,706.39 |
| 8/31/14 | Asset 9 | Bank | Interest | 1270-00x | 10.66 | | 47,717.05 |
| 9/30/14 | Asset 9 | Bank | Interest | 1270-00x | 11.35 | | 47,728.40 |
| 10/31/14 | Asset 9 | Bank | Interest | 1270-00x | 10.94 | | 47,739.34 |
| 11/28/14 | Asset 9 | Bank | Interest | 1270-00x | 9.89 | | 47,749.23 |
| 12/17/14 | 1002 | Southwest Appraisal | Appraisal of Dialysis Clinic | 3711-00x | | 4,250.00 | 43,499.23 |
| 12/31/14 | Asset 9 | Bank | Interest | 1270-00x | 11.62 | | 43,510.85 |
| 1/23/15 | 1003 | VOID | VOID | VOID | | | 43,510.85 |
| 1/23/15 | 1004 | Cochise County | Real Property Taxes | 2820-00x | | 373.10 | 43,137.75 |
| 1/23/15 | 1005 | Cochise County | Real Property Taxes | 2820-00x | | 471.33 | 42,666.42 |
| 1/23/15 | 1006 | Cochise County | Real Property Taxes | 2820-00x | | 195.65 | 42,470.77 |
| 1/30/15 | Asset 9 | Bank | Interest | 1270-00x | 9.64 | | 42,480.41 |
| 2/27/15 | Asset 9 | Bank | Interest | 1270-00x | 8.80 | | 42,489.21 |
| 3/31/15 | Asset 9 | Bank | Interest | 1270-00x | 10.06 | | 42,499.27 |
| 4/30/15 | Asset 9 | Bank | Interest | 1270-00x | 9.43 | | 42,508.70 |
| 5/01/15 | 1007 | International Sureties | Trustee Bond | 2300-00x | | 313.00 | 42,195.70 |
| 5/29/15 | Asset 9 | Bank | Interest | 1270-00x | 9.07 | | 42,204.77 |
| 6/30/15 | Asset 9 | Bank | Interest | 1270-00x | 9.99 | | 42,214.76 |
| 7/31/15 | Asset 9 | Bank | Interest | 1270-00x | 9.68 | | 42,224.44 |
| 8/20/15 | 1008 | Mahoney Group | Insurance on 7 real properties | 2420-00x | | 1,843.15 | 40,381.29 |

| Date | Ref | Payee | Description | Account | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 8/31/15 | Asset 9 | Bank | Interest | 1270-00x | 9.52 | | 40,390.81 |
| 9/30/15 | Asset 9 | Bank | Interest | 1270-00x | 8.96 | | 40,399.77 |
| 10/06/15 | Asset 11 | Dialysis Clinic | Dialysis Clinic Rents (2015) Asset 7 | 1122-00x | 84.00 | | 40,483.77 |
| 10/31/15 | Asset 9 | Bank | Interest | 1270-00x | 8.98 | | 40,492.75 |
| 11/30/15 | Asset 9 | Bank | Interest | 1270-00x | 9.29 | | 40,502.04 |
| 12/31/15 | Asset 9 | Bank | Interest | 1270-00x | 9.29 | | 40,511.33 |
| 1/15/16 | 1009 | Mahoney Group | Insurance on Draw Station | 2420-00x | | 865.85 | 39,645.48 |
| 1/20/16 | 1010 | International Sureties | Trustee Bond | 2300-00x | | 313.00 | 39,332.48 |
| 1/29/16 | Asset 9 | Bank | Interest | 1270-00x | 8.67 | | 39,341.15 |
| 2/29/16 | Asset 9 | Bank | Interest | 1270-00x | 9.02 | | 39,350.17 |
| 3/31/16 | Asset 9 | Bank | Interest | 1270-00x | 9.02 | | 39,359.19 |
| 4/29/16 | Asset 9 | Bank | Interest | 1270-00x | 8.44 | | 39,367.63 |
| 5/31/16 | Asset 9 | Bank | Interest | 1270-00x | 9.32 | | 39,376.95 |
| 6/30/16 | Asset 9 | Bank | Interest | 1270-00x | 8.74 | | 39,385.69 |
| 7/29/16 | Asset 9 | Bank | Interest | 1270-00x | 8.45 | | 39,394.14 |
| 8/31/16 | Asset 9 | Bank | Interest | 1270-00x | 9.62 | | 39,403.76 |
| 9/26/16 | 1012 | Mahoney Group | Insurance on vacant land | 2420-00x | | 511.87 | 38,891.89 |
| 9/30/16 | Asset 9 | Bank | Interest | 1270-00x | 8.74 | | 38,900.63 |
| 10/5/16 | 1013 | International Sureties | Trustee Bond | 2300-00x | | 855.00 | 38,045.63 |
| 10/14/16 | Asset 9 | Bank | Interest | 1270-00x | 4.03 | | 38,049.66 |
| 10/31/16 | Asset 9 | Bank | Interest | 1270-00x | 4.78 | | 38,054.44 |
| 11/30/16 | Asset 9 | Bank | Interest | 1270-00x | 8.45 | | 38,062.89 |
| 11/30/16 | ACH debit | Harland Clark | Check cost | 2990-00x | | 31.80 | 38,031.09 |
| 12/31/16 | Asset 9 | Bank | Interest | 1270-00x | 8.72 | | 38,039.81 |
| 1/31/17 | Asset 9 | Bank | Interest | 1270-00x | 8.72 | | 38,048.53 |
| 2/27/17 | 1014 | BK ASSETS.COM | On-line auction fees for assets1and 2 per 10/27/16 order Allocation: Auction fees $770.00 Auction exp. $242.90 | 3630-000 3640-000 | | 1,012.90 | 37,035.63 |
| 2/27/17 | 1015 | BK ASSETS.COM | On-line auction fees for assets 3 and 4 per 10/27/16 order Allocation: Auction fees $3,019.50 Auction exp. $995.26 | 3630-000 3640-000 | | 4,014.76 | 33,020.87 |
| 2/28/17 | Asset 9 | Bank | Interest | 1270-00x | 7.81 | | 33,028.68 |
| 3/17/17 | 1016 | Mesch Clark Rothschild | Reimbursement for property insurance inadvertently paid from firm account to The Mahoney Group | 2420-00x | | 894.74 | 32,133.94 |
| 3/31/17 | Asset 9 | Bank | Interest | 1270-00x | 7.48 | | 32,141.42 |
| 4/30/17 | Asset 9 | Bank | Interest | 1270-00x | 7.13 | | 31,148.55 |
| 5/12/17 | 1017 | International Sureties | Trustee Bond | 2300-00x | | 1,640.00 | 30,508.55 |

| Date | Ref # | Payee | Description | Code | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 5/19/17 | -- | Trustee's estate Acct. #8234 | Transfer from account 0718 (funds are no longer subject to court order) | 9999-000 | 190,694.51 | | 221,203.06 |
| 5/24/17 | -- | The Mahoney Group | Refund from cancellation of 2 insurance policies | 2420-00x | 830.75 | | 222,033.81 |
| 5/31/17 | Asset 9 | Bank | Interest | 1270-00x | 51.02 | | 222,084.83 |
| 6/30/17 | Asset 9 | Bank | Interest | 1270-00x | 49.29 | | 222,134.12 |
| 7/31/17 | Asset 9 | Bank | Interest | 1270-00x | 50.93 | | 222,185.05 |
| 8/30/17 | Asset 9 | Bank | Interest | 1270-00x | 50.96 | | 222,236.01 |
| 9/30/17 | Asset 9 | Bank | Interest | 1270-00x | 49.31 | | 222,285.32 |
| 10/30/17 | Asset 9 | Bank | Additional Interest | 1270-00x | 50.98 | | 222,336.30 |
| 11/30/17 | Asset 9 | Bank | Additional Interest | 1270-00x | 49.34 | | 222,385.64 |
| 12/11/17 | 00A | Mesch Clark Rothschild | Administrative Trustee Legal Fees | 3110-00x | | 79,218.86 | 143,166.78 |
| 12/11/17 | 00B | Steve Valenzuela | Administrative Employee PTO | 6990-00x | | 3,730.86 | 139,435.92 |
| 12/11/17 | 1018 | Cavanagh Law Firm | Administrative Ombudsman Legal Fees & Expenses | 6700-00x | | 3,966.09 | 135,469.83 |
| 12/11/17 | 1019 | VOID | VOID | | | 0.00 | 135,469.83 |
| 12/11/17 | 1020 | Jerry Seelig | Administrative Ombudsman Fees | 6700-00x | | 1,132.39 | 134,337.44 |
| 12/11/17 | 1021 | Seelig&Cussigh HCO | Administrative Ombudsman Fees | 6700-00x | | 3,145.74 | 131,191.70 |
| 12/11/17 | 1022 | Cardinal Health Pharmacy | Administrative Miscellaneous | 6990-00x | | 12,309.08 | 118,882.62 |
| 12/11/17 | 1023 | Celtic Financial | Administrative Miscellaneous | 6990-00x | | 33,940.24 | 84,942.38 |
| 12/11/17 | 1024 | U.S. Trustee | Fees | 2950-00x | | 2,588.88 | 82,353.50 |
| 12/11/17 | 1025 | Xerox Corp. | Administrative Miscellaneous | 6990-00x | | 7,598.65 | 74,754.85 |
| 12/11/17 | 1026 | Abbott Laboratories | Administrative Miscellaneous | 6990-00x | | 4,267.44 | 70,487.41 |
| 12/11/17 | 1027 | Alfonso Munoz | Administrative Employee PTO | 6990-00x | | 1,032.69 | 69,454.72 |
| 12/11/17 | 1028 | Ann Benson | Administrative Employee PTO | 6990-00x | | 1,050.05 | 68,404.67 |
| 12/11/17 | 1029 | Brenda Lopez | Administrative Employee PTO | 6990-00x | | 289.79 | 68,114.88 |
| 12/11/17 | 1030 | Celia Rascon | Administrative Employee PTO | 6990-00x | | 1,480.25 | 66,634.63 |
| 12/11/17 | 1031 | Claudia Canez | Administrative Employee PTO | 6990-00x | | 2,312.74 | 64,321.89 |
| 12/11/17 | 1032 | Concepcion Valenzuela | Administrative Employee PTO | 6990-00x | | 809.55 | 63,512.34 |
| 12/11/17 | 1033 | Diana Verdugo | Administrative Employee PTO | 6990-00x | | 1,515.82 | 61,996.52 |
| 12/11/17 | 1034 | Dominque Lopez | Administrative Employee PTO | 6990-00x | | 148.24 | 61,848.28 |
| 12/11/17 | 1035 | Elizabeth Michell | Administrative Employee PTO | 6990-00x | | 3,624.59 | 58,223.69 |
| 12/11/17 | 1036 | Erika Ochoa | Administrative Employee PTO | 6990-00x | | 5,279.13 | 52,944.56 |
| 12/11/17 | 1037 | Fausta Rios | Administrative Employee PTO | 6990-00x | | 5,159.44 | 47,785.12 |
| 12/11/17 | 1038 | Gabriela Hernandez | Administrative Employee PTO | 6990-00x | | 820.63 | 46,964.49 |
| 12/11/17 | 1039 | George Gomez | Administrative Employee PTO | 6990-00x | | 2,904.69 | 44,059.80 |
| 12/11/17 | 1040 | Hazel Bliss | Administrative Employee PTO | 6990-00x | | 500.06 | 43,559.74 |
| 12/11/17 | 1041 | Lorenia Martinez | Administrative Employee PTO | 6990-00x | | 379.78 | 43,179.96 |
| 12/11/17 | 1042 | Lorraine Ballesteros | Administrative Employee PTO | 6990-00x | | 288.62 | 42,891.34 |
| 12/11/17 | 1043 | Maria Alvarez | Administrative Employee PTO | 6990-00x | | 619.64 | 42,271.70 |

| Date | Check No. | Payee | Description | Account | | | Balance |
|---|---|---|---|---|---|---|---|
| 12/11/17 | 1044 | Maria Felix | Administrative Employee PTO | 6990-00x | | 1,529.00 | 40,742.70 |
| 12/11/17 | 1045 | Maria Moreno | Administrative Employee PTO | 6990-00x | | 1,792.32 | 38,950.38 |
| 12/11/17 | 1046 | Maria Olivas | Administrative Employee PTO | 6990-00x | | 313.05 | 38,637.33 |
| 12/11/17 | 1047 | Maria Villalobos | Administrative Employee PTO | 6990-00x | | 982.96 | 37,654.37 |
| 12/11/17 | 1048 | Michael Granados | Administrative Employee PTO | 6990-00x | | 926.45 | 36,727.92 |
| 12/11/17 | 1049 | Monica Orosco | Administrative Employee PTO | 6990-00x | | 242.96 | 36,484.96 |
| 12/11/17 | 1050 | Nubia Glendenning | Administrative Employee PTO | 6990-00x | | 1,092.57 | 35,392.39 |
| 12/11/17 | 1051 | Randy Anderson | Administrative Employee PTO | 6990-00x | | 1,879.75 | 33,512.64 |
| 12/11/17 | 1052 | Roberta Behen de Munoz | Administrative Employee PTO | 6990-00x | | 229.07 | 33,283.57 |
| 12/11/17 | 1053 | Roberta Berry | Administrative Employee PTO | 6990-00x | | 3,671.38 | 29,612.19 |
| 12/11/17 | 1054 | Sergio Marcial | Administrative Employee PTO | 6990-00x | | 971.61 | 28,640.58 |
| 12/11/17 | 1055 | Socorra Rascon | Administrative Employee PTO | 6990-00x | | 698.59 | 27,941.99 |
| 12/11/17 | 1056 | Sylvia Granados | Administrative Employee PTO | 6990-00x | | 1,069.41 | 26,872.58 |
| 12/11/17 | 1057 | Sylvia Valdez | Administrative Employee PTO | 6990-00x | | 2,357.87 | 24,514.71 |
| 12/11/17 | 1058 | Veronica Santiago | Administrative Employee PTO | 6990-00x | | 1,392.89 | 23,121.82 |
| 12/11/17 | 1059 | Yolanda Paz | Administrative Employee PTO | 6990-00x | | 437.19 | 22,684.63 |
| 12/11/17 | 1060 | Lowell E. Rothschild | Administrative Trustee Fees | 2100-00x | | 22,584.31 | 100.32 |
| 12/31/17 | Asset 9 | Bank | Additional Interest | 1270-00x | 41.16 | | 141.48 |
| 12/31/17 | Asset 9 | Bank | Excess Money Market Activity Fee | 2600-00x | | 775.00 | -633.52 |
| 1/19/18 | Asset 9 | Bank | Refund Excess Money Market Activity Fee | 2600-00x | 775.00 | | 141.48 |
| 1/31/18 | Asset 9 | Bank | Bank Service Charge | 2600-00x | | 10.00 | 131.48 |
| 2/22/18 | 1031 | Bank | Cancelled Check 1031 | 6990-00x | 2,312.74 | | 2444.22 |
| 2/23/18 | Asset 9 | Bank | Transfer to Mesch Clark Rothschild Trust Account for final distributions | 9999-000 | | 2,444.22 | 0.00 |
| | | | | | 244,602.19 | 244,602.19 | |

| | | |
|---|---|---|
| COLUMN TOTALS: | 245,432.94 | 245,432.94 |
| Less: Bank transfers/CDs | 190,694.51 | 2,444.22 |
| Subtotal | 53,907.68 | 242,157.97 |
| Less: Payments to debtor | 0.00 | 0.00 |
| Net | 53,907.68 | 242,157.97 |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 4:13-bk-01738-BMW
Case Name: Community Healthcare of Douglas, Inc.
Taxpayer ID #: 86-0983474
For Period Ending: 08/31/2018

Trustee Name: Lowell E. Rothschild
Successor Trustee: Gayle Eskay Mills
Bank Name: Alliance Bank
Account #: XXXXXX0718
Blanket Bond (per case limit): n/a
Separate Bond (if applicable): n/a

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 5/4/16 | Assets 5 and 6 | Garcia/Pioneer Title | Sale of 15th Street per court order (Assets 5 and 6 - no allocation) | 1110-00x | 48,983.77 | | 48,983.77 |
| | | | Gross sales price $57,000.00 | 1110-00x | | | |
| | | | Less amounts paid through escrow: | 2500x | | | |
| | | | ▪ Escrow Charges (170.00) | 2500-00x | | | |
| | | | ▪ Real Property Taxes (3,655.73) | 2820-00x | | | |
| | | | ▪ Recording Fees (24.50) | 2500-00x | | | |
| | | | ▪ Commissions (3,420.00) | 3510-00x | | | |
| | | | ▪ Owner's Policy (716.00) | 2500-00x | | | |
| | | | ▪ Wire Fee (30.00) | 2600-00x | | | |
| 5/31/16 | Asset 9 | Bank | Interest | 1270-00x | 3.01 | | 48,986.78 |
| 6/30/16 | Asset 9 | Bank | Interest | 1270-00x | 3.22 | | 48,990.00 |
| 7/20/16 | Asset 7 | Dialysis/Pioneer Title | Sale of Dialysis Clinic per court order (Asset 7) | 1110-00x | 239,714.00 | | 288,704.00 |
| | | | Gross sales price $240,000 | 1110-00x | | | |
| | | | Less amounts paid through escrow: | 2500x | | | |
| | | | ▪ Escrow Charges (270.00) | 2500-00x | | | |
| | | | ▪ Affidavit of Value (1.00) | 2500-00x | | | |
| | | | ▪ Recording Fees (15.00) | 2500-00x | | | |
| 7/20/16 | -- | Bank | Wire Fee | 2600-00x | | 11.00 | 288,693.00 |
| 7/29/16 | Asset 9 | Bank | Interest | 1270-00x | 21.81 | | 288,714.81 |
| 8/31/16 | Asset 9 | Bank | Interest | 1270-00x | 65.26 | | 288,780.07 |
| 9/30/16 | Asset 9 | Bank | Interest | 1270-00x | 59.34 | | 288,839.41 |
| 10/14/16 | Asset 9 | Bank | Interest | 1270-00x | 27.70 | | 288,867.11 |
| 10/31/16 | Asset 9 | Bank | Interest | 1270-00x | 33.64 | | 288,900.75 |
| 11/30/16 | Asset 9 | Bank | Interest | 1270-00x | 59.36 | | 288,960.11 |
| 12/9/16 | Cashier's check | People's Choice | Super priority secured claim settlement (cashier's check 038817). | 6990-80x | | 137,000.00 | 151,960.11 |

| Date | Asset | Payor/Payee | Description | Code | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 12/31/16 | Asset 9 | Bank | Interest | 1270-00x | 30.19 | | 151,990.30 |
| 01/30/17 | Asset 9 | Bank | Interest | 1270-00x | 19.37 | | 152,009.67 |
| 02/16/17 | Assets 1 and 2 | BK ASSETS.COM | Internet sale of vacant land per 10/27/16 court order. (Assets 1 and 2 - no allocation) | 1110-00x | 7,925.00 | | 190,629.67 |
| 02/16/17 | Assets 3 and 4 | BK ASSETS.COM | Internet sale of 1932 11th St. per 10/27/16 court order. (Assets 3 and 4 - no allocation) | 1110-00x | 30,695.00 | | 190,629.67 |
| 02/28/17 | Asset 9 | Bank | Interest | 1270-00x | 19.39 | | 190,649.06 |
| 03/31/17 | Asset 9 | Bank | Interest | 1270-00x | 24.29 | | 190,673.35 |
| 04/28/17 | Asset 9 | Bank | Interest | 1270-00x | 21.16 | | 190,694.51 |
| 04/28/17 | -- | Trustee's estate Acct. #8234 | Transfer to account 8234 because funds are no longer subject to court order | 9999-000 | | 190,694.51 | 0 |
| | | | | | 327,705.51 | 327,705.51 | 0 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS: | 327,705.51 | 327,705.51 | 0.00 |
| Less: Bank transfers/CDs | 0.00 | 190,694.51 | 0.00 |
| Subtotal | 327,705.51 | 137,011.00 | 0.00 |
| Less: Payments to debtor | 0.00 | 0.00 | 0.00 |
| Net | 327,705.51 | 137,011.00 | 0.00 |

Case No.: 4:13-bk-01738-BMW
Case Name: Community Healthcare of Douglas, Inc.
Taxpayer ID #: 86-0983474
For Period Ending: 08/31/2018

Trustee Name: Lowell E. Rothschild
Successor Trustee: Gayle Eskay Mills
Bank Name: Alliance Bank
Account #:  Trust Account Mesch Clark Rothschild
Blanket Bond (per case limit): n/a
Separate Bond (if applicable): n/a

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/23/18 | Asset 9 | Alliance Estate Bank Acct 8010698234 | | | 2,444.22 | | 2,444.22 |
| 02/28/18 | MCR 23235 | Claudia Canez | Claim Distribution | 6990-00x | | 2,312.74 | 131.48 |
| 07/12/18 | | International Sureties | Trustee Bond Refund | 2300-00x | 328.00 | | 459.48 |
| 08/15/18 | MCR 23410 | Jerry Seelig | Additional Dividend to Patient Care Ombudsman | 6700-00x | | 459.48 | 0.00 |
| | | | | | 2,772.22 | 2,772.22 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS: | 2,772.22 | 2,772.22 |
| Less: Bank transfers/CDs | 2,444.22 | 0 |
| Subtotal | 328.00 | 2,772.22 |
| Less: Payments to debtor | 0 | 0 |
| Net | 328.00 | 2,772.22 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| Checking Money Market 8234 | 53,907.68 | 242,157.97 | 0.00 |
| Checking Money Market 0718 | 327,705.51 | 137,011.00 | 0.00 |
| Trust Account Mesch Clark Rothschild | 328.00 | 2,772.22 | 0.00 |
| | 381,941.19 | 381,941.19 | 0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Net Receipts: | | 381,941.19 |
| Plus Gross Adjustments: | | 4,886.49 |
| | | |
| Net Estate: | | 386,827.68 |